UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUMBERTO FIERRO,<br><br>Defendant. | Case No. 3:92-CR-00053-LRH-NA<br><br>Motion and Order for Dismissal |

Pursuant to government motion, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby moves to dismiss the indictment, filed May 6, 1992, against HUMBERTO FIERRO, defendant herein, as defendant has been deported.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

SUE FAHAMI
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this 27th day of February, 2015.

LARRY R. HICKS
United States District Judge

1